**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                              CASE NO. 6:07-CR-141-ORL-19UAM

TRACEY ANN MURRAY

_____

<u>ORDER</u>

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 45, filed December 27, 2007) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 45) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Tracey Ann Murray has entered a plea of guilty to Counts One and Two of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts One and Two of the Indictment.

3. Ruling on acceptance of the Plea Agreement (Doc. No. 41, filed December 26, 2007) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this   2nd   day of January, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy